JODI LINKER
Federal Public Defender
Northern District of California
CANDIS MITCHELL
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:         Candis_mitchell@fd.org

Counsel for Defendant Asuncion

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 21–460 CRB |
| Plaintiff, | **Motion And [Proposed] Order Permitting Counsel to Bring Laptop into Santa Rita Jail** |
| v. | |
| **Kingjohn Asuncion,** | |
| Defendant. | |

Defendant Kingjohn Asuncion is currently in custody at Santa Rita Jail. To facilitate effective and efficient attorney-client meetings, including the review of relevant case information, counsel requires the use of a laptop during meetings with the client at the jail.

Accordingly, counsel requests that the Court issue an order permitting counsel to bring a computer, laptop, or tablet into Santa Rita Jail for use during visitation for case purposes only.

Dated: April 5, 2024                    Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

/S
CANDIS MITCHELL
Assistant Federal Public Defender

**[PROPOSED] ORDER**

TO: YESENIA SANCHEZ, SHERIFF OF ALAMEDA COUNTY, AND TO THE ALAMEDA COUNTY SHERIFF'S OFFICE AT SANTA RITA JAIL:

The Court orders that Candis Mitchell, counsel for defendant Kingjohn Asuncion, be permitted to bring in and use a computer, laptop, or tablet into Santa Rita Jail during legal visits. Such use is limited to case-related activities. Electronic devices brought into Santa Rita Jail are for the sole purpose of reviewing discovery and legal materials that relate to the criminal case. Counsel shall not access, or attempt to access, the internet or any form of wireless communication (including, but not limited to, WI-FI, LTE, 4G, etc.) with the device while in the jail.

Alameda County Sheriff's Office staff may inspect the device for the limited purpose of, and only to the extent necessary for, ensuring that wireless communication is disabled.

IT IS SO ORDERED.

_____          _____
 Date                                                                 CHARLES BREYER
                                                                              Senior United States District Judge