# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Criminal Minutes

Date: March 26, 2025          Judge: Honorable Charles R. Breyer

Court Reporter: Stephen Franklin
Time: 7 Minutes
Case No.: CR21-0460-1 CRB
Case Name: USA v. Kingjohn Baylon Asuncio (Present) (Custody)

Attorney(s) for Government: Charles Bisesto
Attorney(s) for Defendant(s): Candis Mitchell

Deputy Clerk: Lashanda Scott

## PROCEEDINGS

Change of Plea hearing held. The parties provided the Plea Agreement to the Court. The defendant was sworn. Defendant plead guilty to Count 1 of the Indictment. Sentencing hearing set for July 9, 2025 at 10:00 a.m.